Luveada Alice MOZINGO, Respondent,

v.

Robert E. MOZINGO, Appellant.

No. WD 47324.

Missouri Court of Appeals, Western District.

Oct. 19, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 30, 1993.

Carl W. Bussey, Kansas City, for appellant.

Jorge Elliott, Kansas City, for respondent.

Before SPINDEN, P.J., and FENNER and HANNA, JJ.

### ORDER

PER CURIAM.

The appellant appeals from the courts order setting aside a motion to quash garnishment.

Judgment affirmed. Rule 84.16(b).